```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
CHESTER HORN, et al.,               :
                                    :
                    Plaintiffs,     :   07 Civ. 7822 (VM)
                                    :
    - against -                     :   ORDER FOR REASSIGNMENT
                                    :   TO WHITE PLAINS
O'BRIEN et al.,                     :
                                    :
                    Defendants.     :
------------------------------------X
```

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-17-07

**VICTOR MARRERO, United States District Judge.**

In reviewing the complaint filed in this matter the Court notes that plaintiff individually and as Administrator of the Estate of David Horn ("Horn"), asserts that Horn was a resident of Bronx County, New York; that at the relevant times herein defendants were police officers of the City of Yonkers and of the New York State Troopers. The complaint indicates that the events giving rise to the claims asserted in the underlying action occurred as a result of the killing of Horn by defendants following a motor vehicle chase in Yonkers, New York. It therefore appears that in whole or in major part this action arose in Westchester County and that all or substantial parts of the material events, documents, persons and potential witnesses related to this action are located in Westchester County. Accordingly, pursuant to Rule 22 of the Rules for the Division of Business Among District Judges, in the interest of justice and sound judicial administration, it is hereby

**ORDERED** that the Clerk of Court is directed to reassign this case to White Plains.

**SO ORDERED.**

Dated:   NEW YORK, NEW YORK
         14 September 2007

                                              _____
                                              VICTOR MARRERO
                                              U.S.D.J.