PHILIP A. AMICONE
MAYOR

FRANK J. RUBINO
CORPORATION COUNSEL



DEPARTMENT OF LAW
CITY OF YONKERS

**MEMO ENDORSED**

CITY HALL
YONKERS, NEW YORK 10701-3883
(914) 377-6240

RECEIVED
OCT 16 2007
CHAMBERS OF
KENNETH M. KARAS
U.S.D.J.

Via Facsimile (914) 390-4152

October 16, 2007

Hon. Kenneth Karas
United States District Court
300 Quarropas Street
Room 533
White Plains, New York 10601

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

Re: Horn v. O'Brien, et al.
Docket #: 07 cv 07822

Dear Judge Karas:

This office anticipates that it will be representing City of Yonkers Police Officers Roy Pilot, Kevin Wissner and Detective William Craft in the above matter.

This office has received notice that service of process was attempted on one of these individuals. However, we have yet to receive notice that service has been achieved on the remaining defendants. Rather than file and serve separate Answers in this matter on behalf of the individual officers, it is respectfully requested that defendants' time to file a single Answer be extended until thirty (30) days after service of process is complete on all of these defendants.

Thank you.

Very truly yours,

Michael Levinson (ML3968)
Associate Corporation Counsel

ML/ml

cc: Michael Barnes, Esq.
NYS Attorney General's Office

Granted.

SO ORDERED

KENNETH M. KARAS U.S.D.J.
10/16/07

TOTAL P.02