```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

Chester Horn, et al.,

        Plaintiff(s),                            07 Civ. 7822 (KMK)(GAY)

   -against-

NY State Trooper Richard O'Brien, et al.,        CALENDAR NOTICE

        Defendant(s).

-------------------------------------------------------X

Please take notice that the above captioned matter has been scheduled for:

___ Pre-trial Conference    ___ Status Conference    ___ Oral argument
___ Settlement conference   ___ Plea Hearing        ___ Suppression hearing
✓ Rule (16) conference     ___ Final pre-trial conference
___ Telephone Conference   ___ Jury Selection and Trial
___ Non-Jury Trial          ___ Inquest

**before the Honorable Kenneth M. Karas, United States District Judge, on Tuesday, March 4, 2008 at 12:30 p.m.** in Courtroom 521, U. S. District Court, 300 Quarropas Street, White Plains, New York 10601.

Any scheduling difficulties must be brought to the attention of the Court in writing, at least three business days beforehand.

Dated: February 19, 2008
       White Plains, New York

                                      So Ordered

                                      Kenneth M. Karas, U.S.D.J