FRANK J. RUBINO
Corporation Counsel of the City of Yonkers
Attorneys for Defendants
P.O. Roy Pilot, P.O. Kevin Wissner and
Detective William Craft
City Hall Room 300
Yonkers, NY 10701
(914) 377-6237
By: Michael Levinson (ML3968)
Associate Corporation Counsel

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
CHESTER HORN, INDIVIDUALLY, and as
ADMINISTRATOR OF THE ESTATE OF DAVID
HORN, GLADYS HORN, DAVID HORN, JR.,
DIANA HORN and PATRICIA HORN,

                                                                   Plaintiffs,

           -against-                                   **DEFENDANTS'**
                                                                   **OFFER OF JUDGMENT**

NEW YORK STATE TROOPER RICHARD
O'BRIEN, NEW YORK STATE TROOPER
TIMOTHY SAMMON, CITY OF YONKERS          07 CIV 7822 (KMK)
POLICE OFFICER ROY PILOT, CITY OF
YONKERS POLICE OFFICER KEVIN WISSNER
AND CITY OF YONKERS POLICE DETECTIVE
WILLIAM CRAFT,

                                                               Defendants.
-----------------------------------------------------------------X

       Defendants, P.O. Roy Pilot, P.O. Kevin Wissner and Detective William Craft, by counsel, pursuant to Fed. R. Civ. P. 68, hereby offer to stipulate to the entry of a judgment in favor of Plaintiffs and against said Defendants in the total sum of FOUR HUNDRED NINETY-FIVE ($495.00) DOLLARS.

Dated: Yonkers, New York
       March 5, 2008

                                               Frank J. Rubino
                                               Corporation Counsel
                                               Attorney for the Defendants
                                               P.O. Roy Pilot, P.O. Kevin Wissner
                                               and Detective William Craft
                                               City Hall, Room 300
                                               Yonkers, New York 10701
                                               (914) 377-6237

                                               By: _____
                                               Michael Levinson (ML3968)
                                               Associate Corporation Counsel


To:    Michael P. Barnes, Esq.
        Attorney for Plaintiffs
        89 Fifth Avenue, Suite 900
        New York, New York 10003
        (201) 541-8740

        Andrew M. Cuomo
        Attorney General of the State of New York
        Attorney for Defendants O'Brien and Sammon
        120 Broadway
        New York, New York 10271
        (212) 416-8572