**MEMO ENDORSED**

**WILLIAM A. THOMAS**
Attorney at Law
89 Fifth Avenue, Suite 900
New York, New York 10003
Tel. (212) 741-8900
Fax (212) 937-4687
wthomas@watlegal.com



September 2, 2008

Via Fax (914) 390-4095

Donna Hilbert, Esq.
Chambers of the Hon. George A. Yanthis, U.S.M.J.
United States District Court, S.D.N.Y.
300 Quaroppos Street, Room 118
White Plains, New York 10601

          Re:    Horn v. O'Brien et al.
                 07 Civ. ~~7833~~ 7822 (KMK) (GAY)

Dear Ms. Hilbert:

     Per our phone conversation this morning, I was counsel to the late Michael P. Barnes, attorney for the plaintiffs in the above matter, who passed away unexpectedly on or about August 6.

     I have been in contact with Mr. Horn regarding the case, and may be assuming representation of the plaintiffs pending further review. In view of this development I would respectfully ask that the phone conference currently scheduled for September 4 be adjourned until October 2, or a later date convenient for the Court.

     I will, of course, keep the Court apprised of developments, and I thank the Court for its assistance, and the parties for their courtesies, in this situation.

*[Handwritten endorsement:]* Telephone Conference scheduled for 10/2/08 at 9:30 A.M. Plaintiff to initiate the call. GAY/DH

Very truly yours,

William A. Thomas (WT 0116)

Granted.

cc (via fax):  Susan H. Odessky, Esq.
                 Michael Levinson, Esq.

SO ORDERED:
George A. Yanthis
U.S. Magistrate Judge    9/3/08